UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIEN BROWN,<br><br>        Plaintiff,<br><br>      v.<br><br>CITY OF SPOKANE, et al.,<br><br>        Defendant. | No. CV-08-068-FVS<br><br>ORDER DISMISSING COMPLAINT |

**THE PLAINTIFF** having moved to dismiss his complaint without prejudice; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiff's motion to dismiss **(Ct. Rec. 5)** is granted. The complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___10th___ day of April, 2008.

                              s/ Fred Van Sickle
                                Fred Van Sickle
                     United States District Judge

ORDER DISMISSING COMPLAINT- 1